IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garcia, Maria E

Printed: 01/22/09

Case Number: 05 B 00593
Judge: Wedoff, Eugene R
Filed: 1/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 11, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,131.96 |  |
| Secured: |  | 5,603.04 |
| Unsecured: |  | 4,389.20 |
| Priority: |  | 7,194.88 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,074.29 |
| Other Funds: |  | 370.55 |
| Totals: | 21,131.96 | 21,131.96 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Triad Financial Services | Secured | 5,603.04 | 5,603.04 |
| 3. | Triad Financial Services | Priority | 556.00 | 556.00 |
| 4. | Internal Revenue Service | Priority | 6,638.88 | 6,638.88 |
| 5. | Internal Revenue Service | Unsecured | 75.98 | 75.98 |
| 6. | Peoples Energy Corp | Unsecured | 187.34 | 187.34 |
| 7. | Triad Financial Services | Unsecured | 2,680.77 | 2,680.77 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 660.00 | 660.00 |
| 9. | Capital One | Unsecured | 785.11 | 785.11 |
| 10. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 11. | Luebke Baker & Associate | Unsecured |  | No Claim Filed |
| 12. | EMSCO Mgmt Svcs | Unsecured |  | No Claim Filed |
| 13. | Mobilecomm | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Murphy Martin Recovery | Unsecured |  | No Claim Filed |
| 16. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 17. | North Riverside Police Dept. | Unsecured |  | No Claim Filed |
| 18. | Northland Group Inc | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | West Suburban Hospital | Unsecured |  | No Claim Filed |
| 21. | WSHMC Medical Group | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,687.12 | $ 19,687.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Garcia, Maria E | Case Number: 05 B 00593 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 1/7/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 66.00 |
| 3% | 48.30 |
| 5.5% | 211.31 |
| 5% | 80.50 |
| 4.8% | 132.48 |
| 5.4% | 334.90 |
| 6.5% | 194.89 |
| 6.6% | 5.91 |
| | $ 1,074.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

